BESHARA, EXR., APPELLANT, *v.* SCHINDLER; ATD CORPORATION, APPELLEE.

[Cite as *Beshara v. Schindler* (1995), 74 Ohio St.3d 1209.]

1210

(No. 94–1424—Submitted October 10, 1995—Decided November 22, 1995.)

*McCarthy, Palmer, Volkema, Boyd & Thomas* and *Daniel R. Volkema*, for appellant.

*Davis & Young Co., L.P.A., Gregory H. Collins* and *Martin J. Murphy*, for appellee.

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and BOWMAN, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

DONNA BOWMAN, J., of the Tenth Appellate District, sitting for COOK, J.